STATE OF CONNECTICUT *v.* CLIFTON CHANNER

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 161, is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 17, 1992

FLEET BANK OF CONNECTICUT *v.* VINCENT J. DOWLING, JR.
FLEET BANK OF CONNECTICUT *v.* VINCENT J. DOWLING, SR.

The defendants' petition for certification for appeal from the Appellate Court, 28 Conn. App. 221, is granted, limited to the following issue:

"Did the plaintiff establish probable cause in its application for a prejudgment remedy, in which it alleged that the defendants had agreed to reimburse the plaintiff for the amounts drawn under letters of credit issued by the plaintiff?"

*Kerry M. Wisser,* in support of the petition.

*Robert A. Izard, Jr.,* and *Denise M. Cloutier,* in opposition.

Decided September 17, 1992

JAMES STEVENS *v.* RAYMARK CORPORATION/ RAYBESTOS MANHATTAN ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 226, is denied.

*Thomas H. Cotter,* in support of the petition.

Decided September 17, 1992